UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAYMON TEKESTE ABRAHA,<br><br>                          Petitioner,<br><br>v.<br><br>JEREMY CASEY,<br><br>                          Respondent. | Case No.: 26-cv-3711-JES-VET<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS;**<br><br>**(2) GRANTING MOTION TO APPOINT COUNSEL; and**<br><br>**(2) CONDITIONALLY APPOINTING COUNSEL**<br><br>**[ECF Nos. 2, 3]** |

Before the Court is Petitioner Saymon Tekeste Abraha's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Concurrently, Petitioner filed a motion to proceed in forma pauperis ("IFP") and a motion to appoint counsel. ECF Nos. 2, 3.

On the motion to proceed IFP, the Court finds that Petitioner has sufficiently established that he does not have the funds to pay the fees associated with filing this action, and thus, **GRANTS** that motion. ECF No. 2.

26-cv-3711-JES-VET

Having reviewed the motion to appoint counsel and petition, the Court finds that Petitioner has sufficiently shown that he cannot afford counsel and that representation will serve the interests of justice. 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, the Court **GRANTS** the motion to appoint counsel and hereby **CONDITIONALLY APPOINTS** Federal Defenders of San Diego, Inc., as counsel, effective immediately. If Federal Defenders of San Diego, Inc., determines it does not have the capability to represent him, Federal Defenders of San Diego, Inc., shall notify Petitioner and file notice with this Court by **July 7, 2026**. If so, Petitioner shall continue unrepresented. If Federal Defenders choose to accept representation, Petitioner shall file an amended Petition no later than **July 14, 2026**.

To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from this District unless and until the Court orders otherwise. *See Doe v. Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases); *A.M. v. LaRose et al.*, 25-cv-01412, ECF No. 2 (S.D. Cal. June 4, 2025) ("Pursuant to Petitioner's request for a Temporary restraining order, the Court hereby (1) RESTRAINS and ENJOINS Respondents, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from removing Petitioner A.M. from the United States or this District pending further order of this Court"); *see also A.A.R.P v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicant and to preserve [] jurisdiction over the matter."); *Nguyen v. Scott*, No. 2:25-CV-01398, 2025 WL 2097979, at *3 (W.D.

//

//

//

//

26-cv-3711-JES-VET

Wash. July 25, 2025) (enjoining the Respondents from removing Petitioner without approval from the court).

**IT IS SO ORDERED.**

Dated: June 29, 2026

_____

Honorable James E. Simmons Jr.
United States District Judge

3

26-cv-3711-JES-VET